

# NUMBER 13-22-00029-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**FRANK AHLGREN III AND
THE COPERNICAN, LLC,**                        **Appellants,**

**v.**

**FRANK AHLGREN JR.
AND ELISE LEAKE, AS
CO-TRUSTEES OF THE AHLGREN
MANAGEMENT TRUST,**                        **Appellees.**

---

### On appeal from the 261st District Court
### of Travis County, Texas.

---

# ORDER

### Before Justices Longoria, Hinojosa, and Silva
### Order Per Curiam

Appellants Frank Ahlgren III and The Copernican, LLC have filed a motion to review supersedeas order and an emergency motion for temporary relief. In their

emergency motion, appellants request that this Court "issue temporary relief . . . to preserve the status quo pending the resolution of the supersedeas issues." *See* TEX. R. APP. P. 24.4(a)(1), (4); *id.* R. 24.4(c). Specifically, appellants request that this Court "order that the district clerk accept a deposit tendered in the amount of court costs (plus interest on those costs) as security for the monetary portion of the judgment." Appellants further request that we stay the trial court's supersedeas order and any efforts to enforce the underlying judgments. Appellees Frank Ahlgren Jr. and Elise Leake, as Co-trustees of the Ahlgren Management Trust, have filed a response to appellants' emergency motion for temporary relief. Appellees have yet to file a response to the motion to review supersedeas order.

We grant appellants' emergency motion for temporary relief in part and temporarily stay execution or enforcement of the judgment, pending further order of this Court. *See id.* R. 24.4(c). The Court orders appellees to file a response to the motion to review supersedeas order on or before March 18, 2022.

PER CURIAM

Delivered and filed on the
8th day of March, 2022.